IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02322-LTB

CORNELIUS MOORE,

    Plaintiff,

v.

ADAMS COUNTY DETENTION FACILITY,
MS. DIANE, Medical Supervisor,
SUZZANE DOE, Acting Lieutenant,
JOHN DOE, Adams County Sheriff,
MS. ROBYN DOE, Nurse,
JOHN DOE, Doctor 1 & 2,
MR. JIM DOE, Nurse Practitioner, and
JANE DOE DOCTOR,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 5, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 5 day of November, 2012.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/  S. Grimm
                                Deputy Clerk